## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ross, Mikasa

Printed: 01/06/09

Case Number:  07 B 19003
Judge:  Hollis, Pamela S
Filed:  10/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 18, 2008
Confirmed:  January 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,700.00 |  |
| Secured: |  | 851.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,687.95 |
| Trustee Fee: |  | 160.65 |
| Other Funds: |  | 0.00 |
| Totals: | 2,700.00 | 2,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip A. Igoe | Administrative | 2,774.00 | 1,687.95 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | MB Financial | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | Washington Mutual | Secured | 5,398.77 | 587.43 |
| 9. | Select Portfolio Servicing | Secured | 2,425.99 | 263.97 |
| 10. | Resurgent Capital Services | Unsecured | 3,468.70 | 0.00 |
| 11. | Capital One | Unsecured | 290.95 | 0.00 |
| 12. | B-Real LLC | Unsecured | 187.24 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 36.19 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 523.63 | 0.00 |
| 15. | Wells Fargo Financial Bank | Unsecured | 1,746.50 | 0.00 |
| 16. | Wells Fargo Financial Illinois Inc | Unsecured | 216.24 | 0.00 |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 19. | Home Depot | Unsecured |  | No Claim Filed |
| 20. | Macy's | Unsecured |  | No Claim Filed |
| 21. | Wells Fargo Fin Acceptance | Unsecured |  | No Claim Filed |
| | | | $ 17,068.21 | $ 2,539.35 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ross, Mikasa

Printed: 01/06/09

Case Number:  07 B 19003

Judge:  Hollis, Pamela S

Filed:  10/15/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4% | 72.90 |
| 6.5% | 87.75 |
| | $ 160.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

